IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>PAUL E. CAIN and KATHY HARROD CAIN,<br><br>    Debtors.<br><br>BANK OF AMERICA, N.A.,<br><br>    Appellant,<br><br>v.<br><br>PAUL E. CAIN and KATHY HARROD CAIN,<br><br>    Appellees. | Case No. 1:15-cv-00116-TWT |

## ORDER

For the reasons set forth in the Motion for Summary Affirmance filed by Bank of America, N.A., the Order Granting Motion to Strip Lien, entered by the United States Bankruptcy Court for the Northern District of Georgia (Mullins, J.) on January 5, 2015, is hereby AFFIRMED.

**SO ORDERED,** this 27th day of February, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
CHIEF UNITED STATES DISTRICT JUDGE