UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAUL E. CAIN and KATHY HARROD CAIN,<br><br>　　　　Debtor, | BANKRUPTCY CASE NO.<br>14-68448-CRM |
| BANK OF AMERICA, N.A.,<br><br>　　　　Appellant,<br>vs.<br>PAUL E. CAIN and KATHY HARROD CAIN,<br><br>　　　　Appellee. | CIVIL ACTION FILE<br>NO. 1:15-cv-116-TWT |

## J U D G M E N T

　　　This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of the appeal of the bankruptcy order entered January 5, 2015, and the court having rendered its decision, it is

　　　**Ordered and Adjudged** that the order of the bankruptcy court is **affirmed** and the appeal is **dismissed**.

　　　Dated at Atlanta, Georgia this 2nd day of March, 2015.

　　　　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　　　　By:　s/D.Richardson
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk